United States District Court
Southern District of Texas
**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Zondria McKinney,<br>    *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-23-916 |
| City of Missouri City,<br>    *Defendant*. | § § § | |

## ORDER

On April 17, 2025, Magistrate Judge Peter Bray recommended that the court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for a New Trial. ECF No. 64. On April 28, 2025, Plaintiff was granted an extension of time to file objections. ECF No. 66. No objections were filed. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on May **22**, 2025.

David Hittner
Senior United States District Judge