Case 4:23-cv-00916   Document 73   Filed on 10/16/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Zondria McKinney, *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-23-916 |
| City of Missouri City, *Defendant*. | § § § | |

### ORDER OF ADOPTION

On September 30, 2025, Magistrate Judge Peter Bray recommended that Zondria McKinney's Motion for New Trial, ECF No. 69, be denied. ECF No. 71. Plaintiff filed objections. ECF No. 72. Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion.

Signed at Houston, Texas, on October **16**, 2025.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE